[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13786

Non-Argument Calendar

_____

ABRAKA VANESSA OKPOSIO,

Plaintiff-Appellant,

*versus*

BARRY UNIVERSITY, INC.,
a Florida corporation,
BETHANY PIERPONT,
individually,
LETICIA M. DIAZ,
ROXANNA P. CRUZ,
MARIA L. ALVAREZ, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:20-cv-23814-DPG

_____

Before ROSENBAUM, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Abraka Okposio, proceeding *pro se*, appeals the district court's October 17, 2024 order denying her motion for default judgment.

We lack jurisdiction over Okposio's appeal because the district court's October 17 order was not final and appealable, given that Okposio's third amended complaint remains pending before the district court. *See* 28 U.S.C. § 1291 (providing that appellate jurisdiction is generally limited to "final decisions of the district courts"); *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022) (providing that an appealable final order ends the litigation on the merits and leaves nothing for the court to do but execute its judgment); *Mass. Cas. Inc. Co. v. Forman*, 469 F.2d 259, 260 n.1 (5th Cir. 1972) ("The denial of the [] motion for default judgment is not an appealable decision."). The order is also not effectively unreviewable on appeal from a final judgment resolving the case on the merits. *See Plaintiff A v. Schair*, 744 F.3d 1247, 1252-53 (11th Cir. 2014) (explaining that a ruling that does not conclude the litigation

24-13786                Opinion of the Court                3

may be appealed under the collateral order doctrine if it, *inter alia*, is "effectively unreviewable on appeal from a final judgment").

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.